MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RODRIGO OLIVAN,<br><br>　　　　　Defendant. | Case No. 1:25-po-00083-SAB<br><br>[Citations #E1926123, CA28; E1926124, CA28]<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00083-SAB [Citations #E1926123, CA28; E1926124, CA28] against RODRIGO OLIVAN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.


DATED: May 13, 2025　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　/s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-00083-SAB [Citations #E1926123, CA28; E1926124, CA28] against RODRIGO OLIVAN be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **May 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge